■ In the Matter of NICHOLAS E.C., Respondent, v KRISTINA L.D., Appellant. (Proceeding No. 1.) In the Matter of KRISTINA L.D., Appellant, v NICHOLAS E.C., Respondent. (Proceeding No. 2.) [825 NYS2d 652]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered August 5, 2005 in two proceedings pursuant to Family Court Act articles 6 and 8. The order, among other things, awarded sole custody of the children to Nicholas E.C. and supervised visitation to Kristina L.D.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.